■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESUS ROSARIO, Appellant.—Judgment, Supreme Court, Bronx County (Vincent Vitale, J.), rendered on January 14, 1987, unanimously affirmed. Motion by appellant for leave to file a *pro se* supplemental brief and for other relief denied. No opinion. Concur—Sandler, J. P., Carro, Asch, Milonas and Wallach, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARNOLD HARRIS, Appellant.—Judgment, Supreme Court, New York County (Clifford Scott, J.), rendered on May 1, 1987, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Kupferman, J. P., Sullivan, Kassal, Ellerin and Smith, JJ.

■ EDWARD VILLELLA et al., Appellants, v EGLEVSKY BALLET COMPANY OF L. I., INC., et al., Respondents.—Order, Supreme Court, New York County (Martin Stecher, J.), entered on February 16, 1988, unanimously affirmed for the reasons stated by Martin Stecher, J., without costs and without disbursements. Concur—Kupferman, J. P., Sullivan, Kassal, Ellerin and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELOY SANDOVAL, Appellant.—Judgment, Supreme Court, Bronx County (Vincent Vitale, J.), rendered on July 8, 1987, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Kassal, Ellerin and Smith, JJ.